# EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 SOUTH LASALLE STREET, 18TH FLOOR
CHICAGO IL 60603
PHONE: (312)739-4200
FAX: (312) 419-0379
WWW.EDCOMBS.COM

March 28, 2013

*Via electronic filing*

Clerk of the U.S. Court of Appeals for the Seventh Circuit
209 South Dearborn Street, 27th Floor
Chicago IL 60604

    Re:    *McMahon v. LVNV Funding, LLC et al (No. 12-3504)*
            Supplemental authority (Fed.R.App.P. 28(j))

Dear Sir:

    Subsequent to filing plaintiff-appellant's opening brief, on March 20, 2013, the Consumer Financial Protection Bureau ("CFPB") issued its annual FDCPA report making clear that its position, consistent with that of the FTC, is that, in collecting on time-barred debts, debt collector's must inform consumers that the debt is beyond the statute of limitations. Failure to do so, is a deceptive practice. CFPB Annual Report 2013, *Fair Debt Collection Practices Act* (Relevant pages attached as, Appendix A, pp. 25-26 and 33-34).

    Additionally, on March 22, 2013, the District Court for the Central District of Illinois, Rock Island Division, entered a Memorandum Opinion and Order in the action, *Delgado v. Capital Management Services LP et al*, 4:12-cv-4057, denying defendants' Motion to Dismiss her complaint (Appendix B).

    The Delgado complaint alleges claims similar to the claims alleged in the case at bar. Specifically, Delgado alleges that defendants violated the FDCPA when they sent her a collection letter seeking to collect a debt that was barred by the statute of limitations, but failed to disclose in the collection letter that the debt was not legally enforceable.

                                                         Sincerely,

                                                          /s/ Daniel A. Edelman
                                                         Daniel A. Edelman

## CERTIFICATE OF SERVICE

    I hereby certify that the preceding letter was served upon counsel for appellees, David M. Schultz and Stephen R. Swofford, by operation of the Court's electronic filing system, on March 28, 2013, and that the same contains 194 words, in accord with Seventh Circuit Rule 28(j).

                                                   /s/ Daniel A. Edelman  
                                                   Daniel A. Edelman